FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY JOHNSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>HOYOK PARK, SUNGHEE PARK, and BONG WOOK PARK, individually,<br><br>                    Defendants. | No. 4:21-CV-05036-MKD<br><br>ORDER GRANTING PLAINTIFF'S VOLUNTARY MOTION TO DISMISS COMPLAINT<br><br>**ECF No. 22** |

Before the Court is Plaintiff Jeremy Johnson's Voluntary Motion to Dismiss Complaint, ECF No. 22.  Plaintiff moves to dismiss this action against all Defendants.  None of the Defendants in this action have served an answer or motion for summary judgment.  Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court accepts the notice of dismissal and dismisses this action without prejudice and without an award of costs or fees.

ORDER - 1

**IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss (ECF No. 22) is **GRANTED**. Plaintiff's claims are **DISMISSED without prejudice**. Each party shall bear its own costs and fees.

2. Any pending motions are **DENIED as moot**.

3. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED February 15, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2